### 20883. GREEN *v.* GREEN.

CANDLER, Justice. The discretion of the judge in awarding temporary alimony in a pending suit for permanent alimony will not be disturbed, unless abused; and under the facts of this case, there was no abuse of discretion in the award that was made for the petitioner and her three small children, custody of whom had been placed in her. *Gaulding* v. *Gaulding*, 184 *Ga.* 689 (192 S. E. 724); *Houston* v. *Houston*, 186 *Ga.* 140 (197 S. E. 237).

*Judgment affirmed. All the Justices concur.*

ARGUED MAY 10, 1960—DECIDED JUNE 9, 1960.

*Tyler, Burns & Tyler, John C. Tyler*, for plaintiff in error.
*Barrett & Hayes*, contra.